# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 2173 | **DATE** | 4/23/2013 |
| **CASE TITLE** | Samuel Villalobos (B-71884) vs. Nedra Chandler | | |

**DOCKET ENTRY TEXT**

As stated below, the court will grant Petitioner one more extension to pay the filing fee or file a motion for leave to proceed *in forma pauperis*. Petitioner is given until May 16, 2013, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. Petitioner is warned that failure to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by May 16, 2013, will result in the dismissal of the instant action.

■[ For further details see text below.]  Docketing to mail notices.

**STATEMENT**

Petitioner Samuel Villalobos' (Villalobos) filed the instant action on March 21, 2013. Villalobos did not pay the filing fee, but requested additional time to obtain his prison trust account statement in order to seek leave to proceed *in forma pauperis*. On March 27, 2013, the court granted Villalobos' request for additional time to file a motion for leave to proceed *in forma pauperis*. The court gave Villalobos until April 22, 2013, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. The court also warned Villalobos that failure to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by April 22, 2013, would result in the dismissal of the instant action.

On April 8, 2013, Villalobos filed a *pro se* document indicating that he needs additional time to obtain his prison trust account statement. Villalobos also states that his family members have indicated a willingness to provide him with the funds necessary to pay the filing fee. The court will grant Villalobos one more extension to pay the filing fee or file a motion for leave to proceed *in forma pauperis*. Villalobos is given until May 16, 2013, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. Villalobos is warned that failure to either pay the filing fee or file an accurately

Case: 1:13-cv-02173 Document #: 8 Filed: 04/23/13 Page 2 of 2 PageID #:24

**STATEMENT**

and properly completed *in forma pauperis* application form by May 16, 2013, will result in the dismissal of the instant action.